IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TEXAS EQUITY DEVELOPMENT ENTERPRISES, LLC**<br>*Plaintiff,*<br><br>v.<br><br>**FAY SERVICING LLC,**<br>**RESIDENTIAL ASSET SUB LLC**<br>*Defendant(s).* | §§§§§§§§<br><br>§§§§§§§§ | **CAUSE NO.: SA-22-CV-00463-JKP** |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TEXAS EQUITY DEVELOPMENT ENTERPRISES, LLC (hereinafter "Plaintiff" or "TEX"), and Defendant(s) FAY SERVICING, LLC (hereinafter "Defendant" or "FAY") and RESIDENTIAL ASSET SUB LLC (hereinafter "Defendant" or "RES") (and hereby stipulate and agree to the following:

1. All matters in controversy between Plaintiff and Defendant(s) in the above-entitled and numbered cause have been fully and finally settled and, as such, all claims in this case against Defendant(s), which were or could have been asserted by Plaintiff, are dismissed without prejudice.

2. Plaintiff as well as Defendant(s) shall bear their own attorney's fees, expert fees, litigation expenses and costs incurred in litigating and settling these claims.

3. This stipulation is made pursuant to the agreement and understanding between counsel for the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff as well as Defendant(s) jointly request that the Court enter the attached Order dismissing the above-entitled and numbered cause without prejudice, with costs of court being assessed against the party incurring same.

Dated: August 10, 2022

*Respectfully Submitted:*

JACK O'BOYLE & ASSOCIATES


  */s/ Travis H. Gray*
Travis H. Gray
SBN: 24044965
SD TX BAR NO.: 1115733
travis@jackoboyle.com
Chris S. Ferguson
SBN:  24068714
chris@jackoboyle.com
P.O. BOX 815369
DALLAS, TX 75381
P: 972.247.0653 | F: 972.247.0642
*ATTORNEYS FOR DEFENDANT(S) FAY SERVICING LLC AND RES*


*Agreed To and Respectfully Submitted:*

  */s/ GREGORY VAN CLEAVE*
GREGORY VAN CLEAVE
SBN: 24037881
VAN CLEAVE LEGAL
1520 W. HILDEBRAND
SAN ANTONIO, TX  78201
P: 210-341-6588
F: 210-701-8481
E: GREG_V@VANCLEAVELEGAL.COM
COUNSEL FOR PLAINTIFF
TEXAS EQUITY DEVELOPMENT ENTERPRISES, LLC

**CERTIFICATE OF SERVICE**

      This is to certify that a true, correct and complete copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on ___8 18 2022_____ to:

Gregory Van Cleave
SBN: 24037881
Van Cleave Legal
1520 W. Hildebrand
San Antonio, TX  78201
P: 210-341-6588
F: 210-701-8481
E: greg_v@vancleavelegal.com
*COUNSEL FOR PLAINTIFF*
*TEXAS EQUITY DEVELOPMENT ENTERPRISES, LLC*

                                                  */s/ Travis H. Gray*
                                                  Travis H. Gray